

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00424-CV

Donald E. **CARTER**,
Appellant

v.

**ATTORNEY GENERAL OF THE STATE OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1993EM500955
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party that incurred them.

SIGNED August 6, 2014.

_____
Patricia O. Alvarez, Justice